**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 22, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00151-CV
_____

### IN RE DISCOVERY DRILLING PTE. LTD, Relator

_____

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-18964**

_____

## MEMORANDUM OPINION

On February 27, 2018, relator Discovery Drilling PTE. Ltd filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52.

At relator's request, we abated this mandamus proceeding on April 12, 2018.

On May 9, 2018, relator filed a motion asking this court to dismiss its petition for writ of mandamus.

We lift the abatement, GRANT the motion, and dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.